UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE OSWALDO LUJAN LOPEZ,<br><br>Petitioner,<br><br>-v.-<br><br>OFFICER-IN-CHARGE / SUPERVISORY DETENTION & DEPORTATION OFFICER, *NYC Field Office Hold Room (26 Federal Plaza)*; KENNETH GENALO, *Field Office Director, New York ICE Enforcement and Removal Operations*; TODD BLANCHE, *Attorney General of the United States*; MARKWAYNE MULLIN, *Secretary of Homeland Security*; and DAVID VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement*,<br><br>Respondents. | 26 Civ. 9878 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 10, 2026, Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. The Court, having examined the petition in this action, hereby ORDERS that:

(i) On or before **November 13, 2026**, the Government shall file a letter with the following information:

a. Petitioner's A-number and current place of detention;

b. The statutory provision(s) under which Respondents assert the authority to detain Petitioner;

c. A copy of any final order of removal;

d. Any information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings; and

e. An indication of whether this case is distinguishable from previous cases decided by this Court or by the Second Circuit. *See, e.g.*, *Barbosa da Cunha* v. *Freden*, 175 F.4th 61 (2d Cir. 2026); *Ortiz-Lopez* v. *Francis*, No. 25 Civ. 7985 (KPF); *Villarreal Obregon* v. *Francis*, No. 25 Civ. 9465 (KPF); *Reyes* v. *King*, No. 19 Civ. 8674 (KPF), 2021 WL 3727614, at *6-7 (S.D.N.Y. Aug. 20, 2021).

(ii) On or before **November 17, 2026**, the Government shall file an opposition as to why this petition for a writ of habeas corpus should not be granted.

(iii) Petitioner shall have the opportunity to reply on or before **November 19, 2026**.

(iv) The parties shall appear for a conference regarding the petition on **November 20, 2026**, at **12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Respondents shall produce Petitioner at this hearing.

(v) To preserve the Court's jurisdiction pending a ruling on the petition, Petitioner shall not be removed from the United States without an order by this Court allowing such removal. *See, e.g.*, *M.K.* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) ("To preserve the Court's jurisdiction pending a ruling on the

petition, Petitioner shall not be removed … unless and until the Court orders otherwise." (emphasis omitted)); *Garcia-Izquierdo* v. *Gartner*, No. 4 Civ. 7377 (RCC), 2004 WL 2093515, at *2 (S.D.N.Y. Sept. 17, 2004) ("Under the All Writs Act, 28 U.S.C. § 1651, the Court may order that a petitioner's deportation be stayed … when a stay is necessary to preserve the Court's jurisdiction of the case.").

(vi) Moreover, to facilitate resolution of the petition, Petitioner shall not be transferred, except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of this Court. *See Samb* v. *Joyce*, No. 25 Civ. 6373 (DEH) (S.D.N.Y. Aug. 4, 2025) (Dkt. #3 at 2) (collecting cases in support of enjoining transfer of petitioner outside of the New York City area).

SO ORDERED.

Dated: November 12, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge