UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JORGE OSWALDO LUJUAN LOPEZ,<br><br>Petitioner,<br><br>-v.-<br><br>OFFICER-IN-CHARGE/SUPERVISORY DETENTION & DEPORTATION OFFICER, *NYC Field Office Hold Room (26 Federal Plaza)*; KENNETH GENALO, *in his official capacity as Field Office Director of New York, Immigration and Customs Enforcement*; TODD BLANCHE, *in his official capacity as Attorney General of the United States*; MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*; and DAVID J. VENTURELLA, *in his official capacity as Acting Director of U.S. Immigrations and Customs Enforcement*,<br><br>Respondents. | 26 Civ. 9878 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On November 20, 2026, the Court held a hearing on Petitioner Lujuan Lopez's Petition for a Writ of Habeas Corpus. (*See* Dkt. #1). For the reasons set forth on the record at that hearing, the Petition is GRANTED. Respondents are ORDERED to release Petitioner from custody in the Southern District of New York on or before **November 20, 2026**.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated: November 20, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge