UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE OSWALDO LUJUAN LOPEZ.,

Petitioner,

-against-

OFFICER-IN-CHARGE/SUPERVISORY DETENTION & DEPORTATION OFFICER, NYC FIELD OFFICE HOLD ROOM (26 FEDERAL PLAZA); KENNETH GENALO, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF NEW YORK, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; MARKWA YNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; AND DAVID J. VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT.,

Respondents.

26 CIVIL 09878 (KPF)

# <u>JUDGMENT</u>

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated November 20, 2026, the Petition is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
November 24, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**